# United States District Court

Southern **DISTRICT OF** California

08 APR 30 AM 11: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) A room rented by Solomon Powell located within 8393 Capricorn Way #94, San Diego, California and a 2006 silver Dodge Magnum station wagon, VIN 2D4FV47VX6H124174, with Car Max license tags. | **SEARCH WARRANT** CASE NUMBER: '08 MJ 1342 |

TO:     Evelyn H. Cross, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Evelyn H. Cross   who has reason to believe that on the person of or on the premises known as (name, description and/or location):

A room rented by Solomon Powell located within 8393 Capricorn Way #94, San Diego, California and a 2006 silver Dodge Magnum station wagon, VIN 2D4FV47VX6H124174, with Car Max license tags

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property):

See attached affidavit in support of search warrant.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before

_5-9_, 2008

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to The Honorable Nita L. Stormes as required by law.

April 29, 2008 at _____     at     San Diego, CA

The Honorable Nita L. Stormes
United States Magistrate Judge
United States District Court
Southern District of California

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/29/08 | 4/29/08 3:30pm | Houman Haghighi |

**INVENTORY MADE IN THE PRESENCE OF**
Postal Inspector Patricia Mendoza

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1. Misc. Documents found on + under desk
2. Various Check books for different accounts
3. Stack of USPS Click-N-Ship labels
4. Program disks — + copied disks
5. Misc. Documents from closet Re: Password recovery
6. 2 Cellular phones from desk
7. 2 memory sticks, 3 SD cards, + 1-VAio memory card adapter
8. Misc. Documents from silver briefcase
9. 1 - Apple Ipod
10. 2 Hard drives, 2 memory circuit boards
11. Black expandable folder w/ misc. Business records + receipts
12. UPS Envelope w/ misc. sales receipts
13. HP — CPU (Black tower)
14. Cardboard box w/ UPS return label from Joana Kepinski
15. 2 check copies (returned funds to customer) inside vehicle

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*E. H. Crow*

Subscribed, sworn to, and returned before me this date.

**NITA L. STORMES**
**U.S. MAGISTRATE JUDGE**

*Nita Stormes*
U.S. Judge

4-30-08
Date